```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 44426
    AURELIO M VEGA
    ELVIRA E VEGA                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-5559     SSN XXX-XX-9994
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/02/04 and confirmed on 02/01/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 92245.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREENPOINT MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 5693.03 | 338.33 | 5693.03 |
| HARRIS BANK CONSUMER LOA | SECURED | 23439.70 | 1190.86 | 23439.70 |
| BECKET & LEE LLP | UNSECURED | 14324.18 | .00 | 4114.20 |
| BECKET & LEE LLP | UNSECURED | 6741.71 | .00 | 1936.36 |
| BECKET & LEE LLP | UNSECURED | 6716.37 | .00 | 1929.08 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1674.43 | .00 | 480.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5379.64 | .00 | 1545.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6718.55 | .00 | 1929.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9511.68 | .00 | 2731.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5655.69 | .00 | 1624.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8487.59 | .00 | 2437.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13762.97 | .00 | 3953.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4426.07 | .00 | 1271.26 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 12017.37 | .00 | 3451.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8033.45 | .00 | 2307.37 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6117.29 | .00 | 1757.01 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER BANK | UNSECURED | 8993.27 | .00 | 2583.05 |
| FIRST NATIONAL BANK OF O | UNSECURED | 12221.94 | .00 | 3510.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8349.55 | .00 | 2398.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13452.02 | .00 | 3863.70 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 24720.01 | .00 | 7100.09 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7884.92 | .00 | 2264.71 |

```
TD WAREHOUSE BANK          UNSECURED      NOT FILED              .00           .00
US BANK                    UNSECURED      NOT FILED              .00           .00
US BANK                    UNSECURED      NOT FILED              .00           .00
US BANK                    UNSECURED      NOT FILED              .00           .00
WELLS FARGO FINANCIAL RE   UNSECURED      NOT FILED              .00           .00
AMERICAN HONDA FINANCE C   SECURED              .00              .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED       5486.69               .00       1575.89
       Summary of disbursements:
-------------------------------------------------------------------------------
               SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   29132.73         .00    190675.39         .00    219808.12
PRINCIPAL PAID       29132.73         .00     54765.89         .00     83898.62
INTEREST PAID         1529.19         .00          .00         .00      1529.19
TOTAL PAID           30661.92         .00     54765.89         .00     85427.81
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    4117.19 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 44426 AURELIO M VEGA & ELVIRA E VEGA